# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 11, 2014

149200

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

_____

In re SLATER/WEIMER, Minors.

SC: 149200
COA: 317132
Montcalm CC Family Division:
12-000563-NA

_____/

On order of the Court, proceedings in the Montcalm Circuit Court to terminate the respondent's parental rights are STAYED pending the completion of this appeal. All other matters in the case may proceed as directed by the circuit court. The application for leave to appeal the March 25, 2014 judgment of the Court of Appeals remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 11, 2014



Clerk

p0610